```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MATTHEW M. SCOBLE, Bar #237432
    Designated Counsel for Service
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    JESUS VALDEZ-LEON
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 2:12-cr-00138-MCE |
|---|---|
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER;** |
| v. | ) **CONTINUING STATUS CONFERENCE** |
| | ) **AND EXCLUDING TIME** |
| JESUS VALDEZ-LEON, | ) |
| | ) Date: May 31, 2012 |
| Defendant. | ) Time: 9:00 a.m. |
| _____ | ) Judge: Hon. Morrison C. England Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELE BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for JESUS VALDEZ-LEON, that the status conference hearing date of May 17, 2012 be vacated, and the matter be set for status conference on May 31, 2012 at 9:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

///

///

///

1 | Based upon the foregoing, the parties agree that the time under
2 | the Speedy Trial Act should be excluded from the date of signing of
3 | this order through and including May 31, 2012 pursuant to 18 U.S.C.
4 | §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code
5 | T4 based upon continuity of counsel and defense preparation.

DATED: May 16, 2012.                Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Public Defender


                                    /s/ Matthew Scoble
                                    MATTHEW SCOBLE
                                    Designated Counsel for Service
                                    Attorney for JESUS VALDEZ-LEON

DATED: May 16, 2012.                BENJAMIN WAGNER
                                    United States Attorney


                                    /s/ Matthew Scoble for
                                    MICHELE BECKWITH
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff

///

///

///

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the May 17, 2012, status conference hearing be continued to May 31, 2012, at 9:00 a.m. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the May 31, 2012 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

IT IS SO ORDERED.

Dated: May 16, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE